IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED

JAN 28 2021

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

| UNITED STATES OF AMERICA, | |
|---|---|
| v. | Criminal No. 1:21cr11<br>Violations: 18 U.S.C. § 7(3)<br>18 U.S.C. § 113(a)(3)<br>TSK<br>Aloi |
| EDWARD SMITH, | |
| Defendant. | |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

(Assault with a Dangerous Weapon with Intent to do Bodily Harm)

On or about October 14, 2019, in Preston County, West Virginia, within the Northern District of West Virginia, the defendant, **EDWARD SMITH**, at a place within the special maritime and territorial jurisdiction of the United States and on land acquired for the use of the United States and under its jurisdiction, namely, United States Penitentiary Hazelton, intentionally and forcibly assaulted another inmate, W.M., with a dangerous weapon and with the intent to do bodily harm to W.M., in violation of Title 18, United States Code, Sections 7(3) and 113(a)(3).

*(signature)*

WILLIAM J. POWELL
United States Attorney

Christopher L. Bauer
Assistant United States Attorney